1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
3  PAIGE L. MAGASTER, ESQ.
   Nevada Bar No. 15557
4  **Akerman LLP**
5  1635 Village Center Circle, Suite 200
   Las Vegas, Nevada 89134
6  Telephone:    (702) 634-5000
   Facsimile:     (702) 380-8572
7  Email:  ariel.stern@akerman.com
   Email:  melanie.morgan@akerman.com
8  Email:  paige.magaster@akerman.com

9  *Attorneys for Federal National Mortgage*
   *Association and Newrez LLC d/b/a Shellpoint*
10 *Mortgage Servicing*

11            **UNITED STATES DISTRICT COURT**

12              **DISTRICT OF NEVADA**

13 SFR INVESTMENTS POOL 1, LLC,          Case No.:      2:22-cv-01360-APG-EJY

14              Plaintiff,

15 v.                                    **STIPULATION AND ORDER FOR**
                                         **EXTENSION OF TIME TO FILE REPLY**
16 NEWREZ LLC D/B/A/ SHELLPOINT          **IN SUPPORT OF MOTION TO DISMISS**
   MORTGAGE SERVICING; FEDERAL           **[ECF NO. 11]**
17 NATIONAL MORTGAGE ASSOCIATION;
   DOES I through X; AND ROE BUSINESS    **[FIRST REQUEST]**
18 ENTITIES I through X, inclusive,

19              Defendants.

20

21        Defendant Federal National Mortgage Association (**Fannie Mae**) and plaintiff SFR

22 Investments Pool 1, LLC, by and through their undersigned counsel of record, hereby stipulate and

23 agree that Fannie Mae shall have an additional fourteen (14) days, up to and including **November 2,**

24 **2022**, to file its reply in support of its motion to dismiss [ECF No. 11], which is currently due on

25 October 19, 2022 [ECF No. 12].

26 …

27 …

28 …

66882088;1

Good cause exists to grant the requested two-week extension. Fannie Mae is under conservatorship with the Federal Finance Housing Agency (**FHFA**).  Because Fannie Mae is a named party in the litigation, filings on its behalf are subject to multiple levels of review, including review by the FHFA.  This necessitates additional time, and is good cause for the court to grant the requested extension.

This is the parties' first stipulation to extend the time for Fannie Mae to file a reply supporting its motion.  The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

Dated this 17th day of October, 2022.

**AKERMAN LLP**

 /s/ Melanie D. Morgan
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Federal National Mortgage Association and Newrez LLC d/b/a Shellpoint Mortgage Servicing*

Dated this 17th day of October, 2022.

**HANKS LAW GROUP**

 /s/ Karen L. Hanks
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT COURT JUDGE**
Case No. 2:22-cv-01360-APG-EJY

DATED:  October 18, 2022

66882088;1