ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for Federal National Mortgage Association and Newrez LLC d/b/a Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:22-cv-01360-APG-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 11]** |
| NEWREZ LLC D/B/A/ SHELLPOINT MORTGAGE SERVICING; FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; AND ROE BUSINESS ENTITIES I through X, inclusive, | |
| | **[SECOND REQUEST]** |
| Defendants. | |

Defendant Federal National Mortgage Association (**Fannie Mae**) and plaintiff SFR Investments Pool 1, LLC, by and through their undersigned counsel of record, hereby stipulate and agree that Fannie Mae shall have an additional fourteen (14) days, up to and including **November 16, 2022**, to file its reply in support of its motion to dismiss [ECF No. 11], which is currently due on November 2, 2022 [ECF No. 14].

…

…

…

67116872;1

Good cause exists to grant the requested two-week extension. Fannie Mae is under conservatorship with the Federal Finance Housing Agency (**FHFA**). Because Fannie Mae is a named party in the litigation, filings on its behalf are subject to multiple levels of review, including review by the FHFA. This necessitates additional time, and is good cause for the court to grant the requested extension.

This is the parties' second stipulation to extend the time for Fannie Mae to file a reply supporting its motion. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

| Dated this 31st day of October, 2022. | Dated this 31st day of October, 2022. |
|---|---|
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| */s/ Melanie D. Morgan* | */s/ Chantel M. Schimming* |
| ARIEL E. STERN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 9578 |
| MELANIE D. MORGAN, ESQ | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 8886 |
| PAIGE L. MAGASTER, ESQ. | 7625 Dean Martin Drive, Suite 110 |
| Nevada Bar No. 15557 | Las Vegas, Nevada 89139 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | *Attorneys for SFR Investments Pool 1, LLC* |

*Attorneys for Federal National Mortgage Association and Newrez LLC d/b/a Shellpoint Mortgage Servicing*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No. 2:22-cv-01360-APG-EJY

DATED: November 1, 2022

2

67116872;1