ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for Federal National Mortgage Association and NewRez LLC d/b/a Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.:   2:22-cv-01360-APG-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO WITHDRAW MOTION TO DISMISS (ECF NO. 11)** |
| NEWREZ LLC D/B/A/ SHELLPOINT MORTGAGE SERVICING; FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; AND ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

Federal National Mortgage Association (**Fannie Mae**) and SFR Investments Pool 1, LLC submit this stipulation and order to withdraw Fannie Mae's motion to dismiss filed September 28, 2022 as ECF No. 11.  Fannie Mae reserves the right to refile the motion at a later date if necessary.

. . .

. . .

67891160;1

| | |
|---|---|
| DATED: December 21, 2022. | DATED: December 21, 2022. |
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| /s/ Melanie D. Morgan | /s/ Karen L. Hanks |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
2:22-cv-01360-APG-EJY
December 26, 2022
DATED

2

67891160;1